JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY CASTANARES,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>Defendant. | CV 21-5973 DSF (PVCx)<br><br>JUDGMENT |

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to serve pursuant to Fed. R. Civ. P. 4(m),

   IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: November 23, 2021

                                      Dale S. Fischer
                                      United States District Judge